1  MICHELE BECKWITH
   Acting United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
           Social Security Administration
5          Office of General Counsel
           6401 Security Boulevard
6          Baltimore, MD 21235
           Telephone: (510) 970-4818
7          Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
8

9

10

11                    UNITED STATES DISTRICT COURT

12                    EASTERN DISTRICT OF CALIFORNIA

13

14  ARTUR KOSTENIUK,                    No. 1:24-cv-01247-KES-BAM

15              Plaintiff,

16  v.                                  STIPULATED MOTION AND [PROPOSED]
                                        ORDER FOR AN EXTENSION OF TIME TO
17  COMMISSIONER OF SOCIAL              RESPOND TO PLAINTIFF'S MOTION FOR
    SECURITY,                           SUMMARY JUDGMENT
18
                Defendant.
19

20

21          IT IS HEREBY STIPULATED, by and between the parties through their respective

22  counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's

23  Motion for Summary Judgment be extended thirty-five (35) days from Monday, April 7, 2025 to

24  Monday, May 12, 2025.  This is Defendant's first request for an extension.  Counsel for Plaintiff

25  has no objection to Defendant's request for an extension.

26          Good cause exists for this request.  Defendant respectfully requests this additional time

27  because Counsel for Defendant has and will be unable to devote the time required to complete its

28

    Stipulated Motion for Extension of Time
                                        1

response.  Counsel has multiple merit briefs currently due in district court cases over the next week. Counsel for Defendant will also be out of office April 1-4.  Given leave and competing workload requirements an extension until Monday, May 12, 2025 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment.  The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

DATE: March 25, 2025          By:    *s/ Oscar Gonzalez de Llano*
                                     OSCAR GONZALEZ DE LLANO
                                     Special Assistant United States Attorney
                                     Attorneys for Defendant

Respectfully submitted,

DATE: March 25, 2025          By:    *s/ Jonathan Omar Pena*
                                     Jonathan Omar Pena
                                     Pena and Bromberg, PC
                                     (*as authorized by email)
                                     Attorney for Plaintiff

1

## ORDER

2

Pursuant to Defendant's Stipulated Motion, and cause appearing, Defendant shall have an

3

extension, up to and including May 12, 2025, to respond to Plaintiff's Motion for Summary

4

Judgment.  All other deadlines in the Court's Scheduling Order are modified accordingly.

5

6

IT IS SO ORDERED.

7

Dated:   **March 26, 2025**                      /s/ Barbara A. McAuliffe            _

8

UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28